UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 3:24-cv-00175 |
| v. | )<br>) District Judge Aleta A. Trauger |
| MOUNTAIN VIEW HOSPITAL, LLC, d/b/a MOUNTAIN VIEW HOSPITAL, | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER GRANTING STIPULATED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION **COMPLAINT**

This matter comes before the Court on Defendant Mountain View's Stipulated Second Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint. For good cause shown, this Motion is GRANTED.

Therefore, it is hereby ORDERED that Defendant's deadline to respond to Plaintiff's Complaint is extended up to and including July 22, 2024.

It is further ORDERED that the Parties' June 24, 2024 Initial Case Management Conference is hereby vacated pending the Parties' June 21, 2024 mediation.

The Parties are further ORDERED to file a joint status report no later than June 28, 2024, advising the Court of the status of settlement, if any.

_____
Honorable Judge Aleta A. Trauger
United States District Court Judge