UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 3:24-cv-00175<br>) |
| MOUNTAIN VIEW HOSPITAL, LLC, d/b/a MOUNTAIN VIEW HOSPITAL, | ) District Judge Aleta A. Trauger<br>)<br>) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff April Lewis ("Plaintiff") and Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital ("Mountain View") (jointly "the Parties") hereby jointly notify the Court that they have reached an agreement in principle on the material terms of a settlement of the above-captioned action, which would resolve and release on a classwide basis all claims pending in the above-captioned action. The Parties state as follows:

1. On June 21, 2024, the Parties held a mediation before the Hon. Diane M. Welsh (Ret.).

2. While the Parties did not reach a settlement at the close of the mediation, the Parties continued to engage in informal settlement negotiations.

3. On July 19, 2024, the Parties reached an agreement in principle on the material terms of a classwide settlement.

4. The Parties agree that, subject to Court approval, Plaintiff will file a motion for preliminary approval of the settlement no later than September 6, 2024.

5. Based on the settlement and forthcoming motion for preliminary approval,

the Parties further agree, subject to Court approval, that Defendant's deadline to respond to Plaintiff's Complaint, currently due July 22, 2024, should be stayed pending the Court's review of the settlement.

6. As such, the Parties respectfully request that the Court enter an order 1) staying Defendant's deadline to respond to Plaintiff's Complaint; and 2) set September 6, 2024 as the deadline for Plaintiff to file her motion for preliminary approval of the proposed class action settlement.

Respectfully submitted this 22nd day of July.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Andrew E. Mize (*Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops (*Pro Hac Vice*)
Mary Kate Dugan (*Pro Hac Vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
mdugan@cohenandrnalad.com

Samuel J. Strauss (*Pro Hac Vice*)
Raina Borelli (*Pro Hac Vice*)
**TURKE & STRAUSS, LLP**
613 Williamson Street, Suite 201
Madison, WI 53703
sam@turkestrauss.com
raina@turkestrauss.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Keely O. Cronin (signed w/perm by J. Gerard Stranch, IV)*
Casie D. Collignon (admitted *pro hac vice*) Keeley O. Cronin (admitted *pro hac vice*) **BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0660
Facsimile: (303) 861-7805
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
Telephone: (614) 850-8759
wells.trompeter@hklaw.com

*Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital*

# **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document was electronically filed on July 22, 2024, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to all counsel of record:

Casie D. Collignon (admitted pro hac vice)
Keeley O. Cronin (admitted pro hac vice)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0660
Facsimile: (303) 861-7805
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
HOLLAND & KNIGHT LLP
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
Telephone: (614) 850-8759
wells.trompeter@hklaw.com

                                                            */s/ J. Gerard Stranch, IV*