IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| APRIL LEWIS, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 3:24-cv-00175<br>Judge Trauger |
| MOUNTAIN VIEW HOSPITAL, LLC d/b/a ) MOUNTAIN VIEW HOSPITAL, ) ) | |
| Defendants. ) | |

## **O R D E R**

Pursuant to the request in the Joint Notice of Settlement (Doc. No. 17), it is hereby ORDERED that the deadline for the defendant to respond to the Complaint is extended indefinitely, and the plaintiff shall file her motion for preliminary approval of the proposed class action settlement by September 6, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge