# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL,<br><br>Defendant. | Case No. 3:24-cv-00175<br><br>**Judge Aleta A. Trauger** |

## JOINT MOTION FOR AN EXTENSION OF TIME TO FILE FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT AGREEMENT

Plaintiff April Lewis along with Defendant Mountain View Hospital, LLC (together "the Parties"), respectfully move the Court for a one-week extension to Plaintiff's deadline to file her motion for preliminary approval of the Class Settlement Agreement. In support, the Parties state as follows:

1. On July 22, 2024, the Parties notified the Court that they had reached a settlement in this case. Dkt. 17.

2. On July 23, 2024, the Court stayed Defendant's deadline to respond to the Class Complaint indefinitely and ordered that Plaintiff shall file for preliminary approval of the Class Settlement Agreement by September 6, 2024. Dkt. 18.

3. The Parties are diligently working on finalizing the final Settlement Agreement, exhibits, notice plan, and Plaintiff's motion for preliminary approval.

4. The Parties require a brief 7-day extension of time to finalize and file the settlement agreement, exhibits, notice plan, and Plaintiff's motion for preliminary approval.

WHEREFORE, the Parties jointly request a one-week extension to Plaintiff's deadline to move to preliminary approval of the Class Settlement, up to and including September 13, 2024.

| | |
|---|---|
| */s/ J. Gerard Stranch, IV* | */s/ Casie D. Collignon* |
| J. Gerard Stranch, IV (BPR 23045) | Casie D. Collignon (admitted *pro hac vice*) |
| Grayson Wells (BPR 039658) | Keeley O. Cronin (admitted *pro hac vice*) |
| Andrew E. Mize (*Pro Hac Vice*) | **BAKER & HOSTETLER LLP** |
| **STRANCH, JENNINGS & GARVEY, PLLC** | 1801 California Street, Suite 4400 |
| The Freedom Center | Denver, CO 80202-2662 |
| 223 Rosa L. Parks Avenue, Suite 200 | (303) 861-0660 |
| Nashville, TN 37203 | ccollignon@bakerlaw.com |
| (615) 254-8801 | kcronin@bakerlaw.com |
| gstranch@stranchlaw.com | |
| amize@stranchlaw.com | Wells Trompeter |
| | **HOLLAND & KNIGHT LLP** |
| Lynn A. Toops | Nashville City Center, Suite 2700 |
| **COHEN & MALAD, LLP** | 511 Union Street |
| One Indiana Square, Suite 1400 | Nashville, TN 37219 |
| Indianapolis, IN 46204 | (614) 850-8759 |
| (317) 636-6481 | wells.trompeter@hklaw.com |
| ltoops@cohenandmalad.com | |
| | *Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital* |
| Samuel J. Strauss | |
| Raina Borrelli | |
| **STRAUSS BORRELLI PLLC** | |
| 980 N. Michigan Avenue, Suite 1610 | |
| Chicago, IL 60611 | |
| (872) 263-1100 | |
| sam@straussborrelli.com | |
| raina@straussborrelli.com | |

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on September 6, 2024, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system. All counsel of record will also be notified via e-mail.

Casie D. Collignon (admitted *pro hac vice)*
Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 861-0660
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

*Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital*

                                            */s/ J. Gerard Stranch, IV*
                                            J. Gerard Stranch, IV (BPR 23045)