IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL,<br><br>Defendant. | Case No. 3:24-cv-00175 |

## **ORDER GRANTING THE PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME TO FILE FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT AGREEMENT**

Before the Court is the Parties' Joint motion for a one-week extension of Plaintiff's deadline to file for preliminary approval of the proposed Class Settlement. Because Defendant consents to the extension and having reviewed the record, the Court grants the motion. Plaintiff must file its motion for preliminary approval by September 13, 2024.

**IT IS SO ORDERED.**

_____
Hon. Aleta A. Trauger, District Judge

Respectfully submitted for entry by,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
Andrew E. Mize (*Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss
Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

***Attorneys for Plaintiff and the Putative Class***

*/s/ Casie D. Collignon*
Casie D. Collignon
Keeley O. Cronin
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 861-0660
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

***Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital***