IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL,<br><br>    Defendant. | Case No. 3:24-cv-00175 |

**JOINT MOTION FOR SECOND EXTENSION OF TIME TO FILE FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT AGREEMENT**

Plaintiff April Lewis along with Defendant Mountain View Hospital, LLC (together "the Parties"), respectfully move the Court for a one-week extension of Plaintiff's deadline to file her motion for preliminary approval of the Class Settlement Agreement. In support, the Parties state as follows:

1. On July 22, 2024, the Parties notified the Court that they had reached a settlement in this case. Dkt. 17.

2. On July 23, 2024, the Court stayed Defendant's deadline to respond to the Class Complaint indefinitely and ordered that Plaintiff shall file for preliminary approval of the Class Settlement Agreement by September 6, 2024. Dkt. No. 18.

3. On September 9, 2024, the Court granted the Parties' joint motion for a one-week extension of time of Plaintiff's deadline to move for preliminary approval of the Class Settlement Agreement up to and including September 13, 2024. Dkt. No. 20.

4. While the Parties are diligently working on finalizing the Class Settlement Agreement, exhibits, notice plan, and Plaintiff's motion for preliminary approval, due to a family medical emergency involving counsel for Defendant, the Parties require a brief one-week

extension of time to execute the Class Settlement Agreement and finalize all settlement and notice documents.

5. Counsel for Defendant and Plaintiff's counsel have conferred regarding the one-week extension of time, and jointly agree to the brief extension, subject to Court approval.

WHEREFORE, the Parties jointly request a one-week extension of Plaintiff's deadline to move to preliminary approval of the Class Settlement Agreement, up to and including September 20, 2024.

Respectfully submitted this 12th day of September, 2024.

<div style="display: flex;">

<div>

*/s/ J. Gerard Stranch, IV (with permission)*
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
Andrew E. Mize (*Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss
Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

***Attorneys for Plaintiff and the Putative Class***

</div>

<div>

*/s/ Keeley O. Cronin*
Casie D. Collignon (admitted *pro hac vice*)
Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 861-0660
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

***Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital***

</div>

</div>

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on September 12, 2024, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system. All counsel of record will also be notified via email.

J. Gerard Stranch, IV
Grayson Wells
Andrew E. Mize
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss
Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff and the Putative Class*

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

*Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital*