# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL,<br><br>    Defendant. | Case No. 3:24-cv-00175 |

## ORDER GRANTING JOINT MOTION FOR SECOND EXTENSION OF TIME TO FILE FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT AGREEMENT

Before the Court is the Parties' Joint Motion for Second Extension of Time to File for Preliminary Approval of the Class Settlement Agreement (the "Motion"), seeking a one-week extension of Plaintiff's deadline to file for preliminary approval of the proposed Class Settlement

Agreement. Because Plaintiff and Defendant jointly agree to the extension, and for good cause shown, the Court grants the Motion. Plaintiff's deadline to file her motion for preliminary approval is September 20, 2024.

**IT IS SO ORDERED.**

_____

_____
Hon. Aleta A. Trauger, District Judge