# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL,<br><br>  Defendant. | Case No. 3:24-cv-00175<br><br>Judge Aleta A. Trauger<br><br>Jury Demand |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT

Plaintiff April Lewis ("Plaintiff"), individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), respectfully move the Court for order granting preliminary approval of the Settlement, certifying the Class pursuant to Federal Rule of Civil Procedure 23, directing the Settlement Administrator to provide notice to the Class under the terms of the Settlement Agreement, appointing April Lewis as Class Representative for the purpose of the Settlement, and setting an appropriate date for the Court to hold a Final Approval Hearing. In support, Plaintiff submits this motion and her contemporaneous filed memorandum, Counsel's declaration, and the Settlement Agreement along with its Exhibits.

WHEREFORE, Plaintiff respectfully requests the Court enter an order granting preliminary approval of the Settlement, certifying the Class pursuant to Federal Rule of Civil Procedure 23 for the sole purpose of settlement, directing the Settlement Administrator to provide notice to the Class under the terms of the Settlement Agreement, appointing April Lewis as Class Representative for the purpose of the Settlement, and setting an appropriate date for the Court to hold a Final Approval Hearing.

1

Dated: September 20, 2024                     Respectfully submitted by,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
Andrew E. Mize (*pro hac vice forthcoming*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops (*pro hac vice forthcoming*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss (*pro hac vice forthcoming*)
Raina Borrelli (*pro hac vice forthcoming*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT was electronically filed on September 20, 2024, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system.

Casie D. Collignon (admitted *pro hac vice)*
Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 861-0660
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

*Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital*

        */s/ J. Gerard Stranch, IV*
        J. Gerard Stranch, IV (BPR 23045)

3

Case 3:24-cv-00175    Document 23    Filed 09/20/24    Page 3 of 3 PageID #: 201