# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:24-cv-00175 |
| v. | Judge Aleta A. Trauger |
| MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL, | Jury Demand |
| Defendant. | |

## NOTICE OF FILING

Plaintiff April Lewis ("Plaintiff"), individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), submits this notice of filing of the attached proposed order granting Plaintiff's unopposed motion for preliminary approval of the Class Settlement.

Dated: September 24, 2024

Respectfully submitted by,

/s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
Andrew E. Mize (*Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481

ltoops@cohenandmalad.com

Samuel J. Strauss
Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

***Attorneys for Plaintiff and the Putative Class***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing NOTICE OF FILING was

electronically filed on September 24, 2024, using the Court's Electronic Filing System, which will

send a Notice of Electronic Filing to counsel in the CM/ECF system.

Casie D. Collignon (admitted *pro hac vice)*
Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 861-0660
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

***Counsel for Defendant Mountain View***
***Hospital, LLC d/b/a Mountain View***
***Hospital***

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR 23045)