# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL,<br><br>Defendant. | Case No. 3:24-cv-00175<br><br>Class Action<br><br>Jury Demand |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT AND FOR PLAINTIFF'S ATTORNEYS' FEES AND INCENTIVE AWARD

Plaintiff April Lewis ("Plaintiff"), individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), respectfully moves the Court for order granting final approval to the classwide Settlement Agreement, affirming the appointment of Plaintiff as Class Representative and her attorneys as Class Counsel, awarding her the requested attorneys' fees and expenses, and awarding her the requested Incentive Award. Because the Settlement is fair, reasonable, adequate, and because the requested attorneys' fees and Incentive Award are likewise reasonable, the Court should grant Plaintiff's motion. In support, Plaintiff relies on the memorandum of points and authorities contemporaneously filed herewith as well as the Declaration of Cameron Azari and the Declaration of J. Gerard Stranch, IV, which was filed in support of preliminary approval, at ECF 25.

Dated: January 31, 2025

1

Respectfully submitted by,

/s/  *J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
Andrew E. Mize (*Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on January 31, 2025, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system.

Casie D. Collignon (admitted *pro hac vice)*
Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 861-0660

ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

*Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital*

                                                    */s/ J. Gerard Stranch, IV*
                                                    J. Gerard Stranch, IV (BPR 23045)