IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>v.<br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a MOUNTAIN VIEW HOSPITAL,<br>    Defendant. | Case No. 3:24-cv-00175<br>Class Action<br>Jury Demand |

## NOTICE OF FILING

Plaintiff April Lewis ("Plaintiff"), individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), submits this Notice of Filing of the attached Proposed Order Granting Plaintiff's Unopposed Motion for Final Approval of the Class Action Settlement Agreement and for Plaintiff's Attorneys' Fees and Incentive Award.

Dated: January 31, 2025

Respectfully submitted by,

/s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
Andrew E. Mize (*Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200 Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops
**COHEN & MALAD, LLP**

1

One Indiana Square, Suite
1400 Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF FILING was electronically filed on January 31, 2025, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system.

Casie D. Collignon (admitted *pro hac vice)*
Keeley O. Cronin (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
(303) 861-0660
ccollignon@bakerlaw.com
kcronin@bakerlaw.com

Wells Trompeter
**HOLLAND & KNIGHT LLP**
Nashville City Center, Suite 2700
511 Union Street
Nashville, TN 37219
(614) 850-8759
wells.trompeter@hklaw.com

**Counsel for Defendant Mountain View Hospital, LLC d/b/a Mountain View Hospital**

                                              */s/ J. Gerard Stranch, IV*
                                              J. Gerard Stranch, IV (BPR 23045)