IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL LEWIS, Individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOUNTAIN VIEW HOSPITAL, LLC d/b/a )<br>MOUNTAIN VIEW HOSPITAL, )<br>)<br>Defendants. ) | Civil No. 3:24-cv-00175<br>Judge Trauger |

## O R D E R

The court held a hearing on March 17, 2025 to consider final approval of the class action settlement in this case. The court had several questions for the parties and anticipated further filings by the plaintiff, but nothing has been filed since the hearing date.

It is hereby ORDERED that the parties shall file a joint status report as to the status of this matter by Friday, May 9, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge